*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *Versus* | § | **4:16-CR-089-01** |
| | § | **JUDGE NANCY ATLAS** |
| **CHUDY NSOBUNDU** | § | |

**ORDER ON JOINT MOTION
TO CONTINUE THE SENTENCING HEARING**

The Court has consider Defendants' Motion to Continue the sentencing hearing [Doc. # 155] and the Government's email Response [Doc. # 156]. The motion is GRANTED and the sentencing hearing is reset to 10:30 am on August 22, 2017.

Signed on July 10, 2017.

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2017
David J. Bradley, Clerk

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE