# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                          Case Number: 4:16–cr–00089

Chudy Nsobundu
Sandra Nsobundu

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy F Atlas

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/30/2017

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Sentencing


Date:   July 10, 2017

                                          David J. Bradley, Clerk